# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0735
LT Case No. 2022-MM-000058

_____

DONSHAY QUATTERRIA
HAMPTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for St. Johns County.
Lauren P. Blocker, Judge.

Matthew J. Metz, Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

January 30, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____